UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>    Plaintiff,                              )<br>                                                       )<br>    v.                                         )     Case No. 4:22 CR 289 CDP<br>                                                       )<br>DEANDRE McKENZIE,              )<br>                                                       )<br>    Defendant.                           ) | |

## ORDER

**IT IS HEREBY ORDERED** that that the **jury trial** is set for **Monday, October 24, 2022 at 8:30 a.m.** in a courtroom to be determined.

**IT IS FURTHER ORDERED** that a **final pretrial hearing** will be held on **Tuesday, October 4, 2022 at 1:00 p.m. IN PERSON in Courtroom 16-South.** At that hearing the parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012).

**IT IS FURTHER ORDERED** that Counsel are reminded that the number of jury trials that can be held at this time is severely limited because of the continuing need to observe COVID protocols and the need to limit the number of people in the

Courthouse at any given time.   Therefore, if for any reason they do not believe this case should be reached on the date it is set, they are urged to file—**as soon as possible and in any event well before the final pretrial hearing**—any appropriate motions to continue or to set the case for a change of plea.   Their failure to do so could result in the waste of Court resources and the unnecessary delay of other cases that need to go to trial

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2022.